**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

U.S. DISTRICT COURT
SAVANNAH DIV.

2011 AUG 25  AM 9: 10

CLERK_____
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 4:10-138 |
| | ) | |
| $21,408.00 in U.S. CURRENCY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| $161,010.00 in U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On or about January 6, 2010, $21,408.00 in United States Currency and $161,010.00 in United States Currency (collectively $182,418.00, or "the Defendant Currency") was seized from a 2005 Lincoln Town Car bearing a New Jersey license plate number ZBN65K.

On June 7, 2010, the United States initiated these judicial proceedings by filing a Complaint for Forfeiture *in Rem* against the Defendant Currency pursuant to 21 U.S.C. § 881(a)(6). (Doc. 1) Jason Andrew Najdek (hereinafter, the "Claimant"), was served through his attorney of record, Amit M. Navare, Esq., with a copy of the Complaint and other pertinent documents prior to June 11, 2010.

In addition to providing Claimant with personal notice that a Complaint for Forfeiture *in Rem* had been filed, the United States notified all other potential claimants by publishing notice on the government internet website, www.forfeiture.gov, beginning on May 13, 2011. (*See* Exhibit A)

No one, other than Claimant, has made claim to or filed a Claim or Answer, and the time in which to do so has expired.

Thereafter, the parties entered into a Stipulation of Settlement and Release of All Claims, resolving all the issues raised in the Complaint. (*See* Exhibit B) Specifically, the parties agree that the United States shall return to Claimant $152,418.00 of the Defendant Currency. The parties further stipulated that the remaining portion of the Defendant Currency, specifically $30,000.00, shall be forfeited to the United States, and that this shall constitute a full and final settlement of all claims that Claimant has as a result of the seizure.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of the proceeding as required by statute, and that all persons known to the United States to have a possible interest in the Defendant Currency, have received actual notice and service of the Complaint in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1.    A Final Judgment of Forfeiture is hereby entered in favor of the United States against $30,000.00 of United States Currency, which shall be disposed of by the United States according to law and the terms of this Order.

2.    The United States Marshals Service shall return to Claimant $152,418.00 of the Defendant Currency.   Claimant shall not be entitled to receive any further payment from the United States as a result of the seizure.

3.    The parties shall be responsible for payment of their own expenses, including attorney's fees, incurred in connection with this proceeding.

4.    For the purpose of enforcing this Order, the United States District Court shall retain jurisdiction for 30 days.

SO ORDERED, this 23 day of August , 2011, in *United States of America v. $21,408.00 in United States Currency and $161,010.00 in United States Currency.*

HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

CONSENTED TO:

EDWARD J. TARVER
UNITED STATES ATTORNEY

Ruth H. Young
Assistant United States Attorney
Georgia Bar No. 198489
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Steven L. Beauvais, Esq.
Attorney for Jason Andrew Najdek
Georgia Bar No. 045709
301 West York Street
Savannah, GA 31412
(912) 232-3770

Jason Andrew Najdek, Claimant

Prepared by: Ruth H. Young
Assistant United States Attorney
Georgia Bar No. 198489
U.S. v. $21,408.00 in United States Currency, *et al.*
CV410-138

3